**Robert E. ZORN, Plaintiff–Appellant,**

v.

**M. Patricia ZIMMERMAN, Superior Court Judge, State of Vermont, Rutland County Superior Court, Defendants–Appellees,**

Docket No. 03–7027.

United States Court of Appeals, Second Circuit.

June 28, 2004.

Robert E. Zorn, Middletown Springs, VT, for Appellant, pro se.

Shannon A. Bertrand, Reiber, Kenlan, Schwiebert & Facey, P.C., Rutland, VT, for Appellee.

PRESENT: MINER, CABRANES and STRAUB, Circuit Judges.

SUMMARY ORDER

Robert E. Zorn appeals from a judgment of the District Court dismissing his claims against Judge Zimmerman and the Rutland County Superior Court. The District Court dismissed the claims against Judge Zimmerman based on judicial immunity and the claims against the Rutland County Superior Court based on the Eleventh Amendment.

For substantially the reasons stated by Magistrate Judge Niedermeier in his thorough opinion, we affirm.

We have considered all of plaintiff's claims on appeal and we hereby **AFFIRM** the judgment of the District Court.